ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
**AKERMAN LLP**
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: william.habdas@akerman.com

*Attorneys for Carrington Mortgage Service, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS STACEY, an individual, SHELLIE STACEY, an individual, JENIECE VALLEY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CARRINGTON MORTGAGE SERVICE, LLC, a Delaware Limited Liability Company, SABLES, LLC, a Nevada Limited Liability Company,<br><br>Defendants. | Case No. 2:17-cv-02128-JAD-CWH<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiffs, Douglas Stacey, Shellie Stacey, and Jeniece Valley, and Defendant Carrington Mortgage Service, LLC (**Carrington**), hereby stipulate and agree that Carrington shall have an additional fourteen (14) days, up to and including **August 31, 2017**, to file its response to the plaintiff's complaint, which was due on August 15, 2017.

//

//

//

//

//

//

42650812;1

Carrington was not aware its response was due on August 15, 2017, because of a calendaring error. This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 17th day of August, 2017.

| **AKERMAN LLP** | **COHEN-JOHNSON, LLC** |
|---|---|
| /s/ *William S. Habdas*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>WILLIAM S. HABDAS, ESQ.<br>Nevada Bar No. 13138<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Carrington Mortgage Service, LLC* | /s/ *H. Stan Johnson*<br>H. STAN JOHNSON, ESQ.<br>Nevada Bar No. 265<br>255 E. Warm Springs Road, Suite 100<br>Las Vegas, NV 89119<br><br>*Attorney for Plaintiffs* |

**IT IS SO ORDERED.**

_____
**DISTRICT COURT JUDGE**

DATED: August 22, 2017

2

42650812;1