ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
**AKERMAN LLP**
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: william.habdas@akerman.com

*Attorneys for Carrington Mortgage Service, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS STACEY, an individual, SHELLIE STACEY, an individual, JENIECE VALLEY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CARRINGTON MORTGAGE SERVICE, LLC, a Delaware Limited Liability Company, SABLES, LLC, a Nevada Limited Liability Company,<br><br>Defendants. | Case No. 2:17-cv-02128-JAD-CWH<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF CARRINGTON'S MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Plaintiffs, Douglas Stacey, Shellie Stacey, and Jeniece Valley, and Defendant Carrington Mortgage Service, LLC (**Carrington**), hereby stipulate and agree that Carrington shall have an additional seven (7) days, up to and including **October 4, 2017**, to file its reply in support of motion to dismiss, which is currently due on September 27, 2017, pursuant to ECF No. 16. The motion to dismiss was filed on September 6, 2017, and the response was filed on September 20, 2017.

Counsel is requesting this extension in order to allow its client additional time to review the response before it is filed with the court.

…

…

42958451;1

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 27th day of September, 2017.

| **AKERMAN LLP** | **COHEN-JOHNSON, LLC** |
|---|---|
| /s/ *William S. Habdas*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>WILLIAM S. HABDAS, ESQ.<br>Nevada Bar No. 13138<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Carrington Mortgage Service, LLC* | /s/ *H. Stan Johnson*<br>H. STAN JOHNSON, ESQ.<br>Nevada Bar No. 265<br>255 E. Warm Springs Road, Suite 100<br>Las Vegas, NV 89119<br><br>*Attorney for Plaintiffs* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: September 28, 2017.

42958451;1